JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163173)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-00579-1 JW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF JUDGMENT AND SENTENCING |
| SAUL DE LOS SANTOS VILLAFAN, | |
| Defendant. | SAN JOSE VENUE |

     The parties jointly stipulate, consistent with paragraph 9 of the October 6, 2008 plea agreement, that the date of the Judgment and Sentencing hearing be continued 60 days from January 26, 2009, to March 30, 2009.  The reason for the continuance is due to the ongoing criminal proceedings of co-defendant Jaime Cruz-Alvarado (CR 08-00579-2 JW) in the above captioned matter, and the need for Mr. Villafan's continued cooperation in those proceedings.

     Furthermore, the United States anticipates that it will be moving for a departure from the Sentencing Guidelines pursuant  to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), conditioned upon

//

//

//

1  Mr. Villafan's ongoing compliance with the plea agreement and continued cooperation with law
2  enforcement, and the approval of the motion by supervisors in the United States Attorney's
3  Office.

5  SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

7  DATED: 12/29/08                                   _____/s/_____
                                                     DANIEL R. KALEBA
8                                                    Assistant United States Attorney

10 DATED: 12/24/08                                   _____/s/_____
                                                     RUBEN TORRES MUNOZ
11                                                   Counsel to Defendant VILLAFAN

13      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/s/) within this e-filed document.           _____/s/_____
14                                                                     Daniel R. Kaleba

16      Accordingly, for good cause shown, the Court HEREBY ORDERS that the
17 Judgment and Sentencing hearing set for January 26, 2009 be continued to March 30, 2009, at
18 1:30 p.m.
19 SO ORDERED.

21 DATED: January 5, 2009                            _____
                                                     JAMES WARE
22                                                   United States District Judge