| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163173)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066<br>daniel.kaleba@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-00579-1 JW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE DATE OF |
| | ) | JUDGMENT AND SENTENCING |
| SAUL DE LOS SANTOS VILLAFAN, | ) | |
| | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

The parties jointly stipulate, consistent with paragraph 9 of the October 6, 2008 plea agreement, that the date of the Judgment and Sentencing hearing be continued approximately 60 days from March 30, 2009 to May 25, 2009. The reason for the continuance is due to the ongoing criminal proceedings of co-defendant Jaime Cruz-Alvarado (CR 08-00579-2 JW) in the above captioned matter, and the need for Mr. Villafan's continued cooperation in those proceedings.

Furthermore, the United States anticipates that it will be moving for a departure from the Sentencing Guidelines pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), conditioned upon

//

//

STIPULATION AND [PROPOSED] ORDER
No. 08-00579-1 JW                    1

Mr. Villafan's ongoing compliance with the plea agreement and continued cooperation with law enforcement, and the approval of the motion by supervisors in the United States Attorney's Office.

SO STIPULATED:  JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/26/09           /s/
                         DANIEL R. KALEBA
                         Assistant United States Attorney

DATED: 3/26/09           /s/
                         RUBEN TORRES MUNOZ
                         Counsel to Defendant VILLAFAN

Accordingly, for good cause shown, the Court HEREBY ORDERS that the Judgment and Sentencing hearing set for March 30, 2009 be continued to June 1, 2009 at 1:30 p.m.

SO ORDERED.

DATED: March 27, 2009

JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-00579-1 JW                      2